# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Somers, Dale L. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Kansas | 3. Date of Report<br><br>05/04/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

255 U.S. Courthouse
444 SE Quincy
Topeka, KS 66683

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 25-29, 2016 | San Francisco, CA | Annual Meeting | Hotel room |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/04/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BJD Somers Family LLC | F | Distribution | M | U | | | | | See Note in Part VIII |
| 2. C.M. Life Insurance Company | B | Interest | K | T | | | | | |
| 3. C.M. Life Insurance Company | A | Interest | J | T | | | | | |
| 4. C.M. Life Insurance Company | A | Interest | J | T | | | | | |
| 5. Fidelity Management Trust Company - IRA Account | | | | | | | | | See Note in Part VIII |
| 6. -Claymore Securities Defined Portfolios | A | Dividend | K | T | | | | | |
| 7. -Vanguard GNMA Fund | A | Dividend | | | Sold | 12/19/16 | K | E | |
| 8. -Fidelity Cash Reserves | A | Int./Div. | K | T | | | | | |
| 9. -Templeton Global Bond Fund | A | Dividend | J | T | Sold (part) | 07/01/16 | L | E | |
| 10. | | | | | Sold (part) | 11/10/16 | J | A | |
| 11. -Fidelity GNMA Bond | B | Dividend | | | Sold | 12/19/16 | L | D | |
| 12. -Harbor Bond Adm | D | Dividend | M | T | | | | | |
| 13. -Ishares S&P Midcap 400 Growth | A | Dividend | L | T | | | | | |
| 14. -TCW Core Fixed Income | B | Dividend | | | Sold (part) | 05/25/16 | K | A | |
| 15. | | | | | Sold | 12/19/16 | M | D | |
| 16. -Doubleline Total Rt Bond Fd | D | Dividend | M | T | Buy (add'l) | 05/25/16 | K | | |
| 17. | | | | | Sold (part) | 08/08/16 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/10/16 | J | A | |
| 19. -Metropolitan West Total Return | C | Dividend | M | T | | | | | |
| 20. -Fidelity High Income | C | Dividend | L | T | | | | | |
| 21. -Eaton Vance Floating Rate | C | Dividend | L | T | | | | | |
| 22. -Oakmark Intl Fund | A | Dividend | L | T | | | | | |
| 23. -American Century Value | C | Dividend | L | T | | | | | |
| 24. -Ishares Core S&P 500 ETF | C | Dividend | M | T | Buy (add'l) | 07/13/16 | L | | |
| 25. | | | | | Sold (part) | 09/14/16 | K | B | |
| 26. | | | | | Sold (part) | 11/15/16 | J | A | |
| 27. -Ishares S&P 500 Growth ETF | B | Dividend | M | T | | | | | |
| 28. -Ishares S&P 500 Value ETF | A | Dividend | J | T | Sold (part) | 11/15/16 | K | B | |
| 29. | | | | | Sold (part) | 12/21/16 | K | C | |
| 30. -Ishares Trust Core MSCI EAFE ETF | A | Dividend | L | T | Sold (part) | 11/15/16 | J | A | |
| 31. -Oakmark Fund I | A | Dividend | | | Sold | 07/11/16 | L | D | |
| 32. -Wells Fargo Advtg Special Mid Cap Adm | A | Dividend | L | T | Sold (part) | 05/25/16 | J | A | |
| 33. | | | | | Sold (part) | 11/10/16 | J | A | |
| 34. -Baird Aggregate Bond Fund Investor Cl | A | Dividend | L | T | Buy | 07/21/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Ishares Core S&P Small - Cap Etf | A | Dividend | L | T | Buy | 08/10/16 | L | | |
| 36. -Ishares Core U.S. Aggregate Bond Etf | A | Dividend | M | T | Buy | 12/21/16 | M | | |
| 37. Fidelity Management Trust Company - IRA Account | | | | | | | | | See Note in Part VIII |
| 38. -Fidelity Cash Reserves | A | Int./Div. | J | T | | | | | |
| 39. -Harbor Bond | B | Dividend | K | T | | | | | |
| 40. -Metropolitan West Total Return | A | Dividend | | | Sold | 05/25/16 | L | C | |
| 41. -Templeton Global Bond | A | Dividend | J | T | | | | | |
| 42. -Ishares S&P 500 Growth ETF | A | Dividend | K | T | Sold (part) | 05/27/16 | J | A | |
| 43. | | | | | Sold (part) | 11/15/16 | J | A | |
| 44. -Baird Aggregate Bond Fund Investor Cl | A | Dividend | K | T | Buy | 05/25/16 | K | | |
| 45. Fidelity Management Trust Company - Non IRA Acct | | | | | | | | | See Note in Part VIII |
| 46. -Johnson County Kansas Un Sch Dist No 233 4.0% 9/1/16 | A | Interest | | | Redeemed | 09/01/16 | K | A | |
| 47. -Overland Park KS Go Intl Impt Bd 9/1/20 4% | A | Interest | K | T | | | | | |
| 48. -Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 49. -Templeton Global Bond | A | Dividend | L | T | | | | | |
| 50. -Eaton Vance Floating Rate | A | Dividend | | | Sold | 01/14/16 | L | A | |
| 51. -American Century Value | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ishares Russell 1000 Value | B | Dividend | L | T | | | | | |
| 53. -Ishares Trust Core MSCI EAFE ETF | A | Dividend | L | T | | | | | |
| 54. -Ishares Core S&P 500 Value ETF | A | Dividend | K | T | | | | | |
| 55. -Ishares Core S&P 500 Growth ETF | A | Dividend | K | T | Sold (part) | 11/15/16 | J | A | |
| 56. -Oakmark International Cl 1 | A | Dividend | K | T | Buy | 05/25/16 | K | | |
| 57. -Doubleline Total Return Bond Fund (X) | A | Dividend | J | T | | | | | |
| 58. -Ishares S&P Midcap 400 Growth (X) | A | Dividend | K | T | | | | | |
| 59. -Fidelity GNMA Fund | A | Dividend | | | Buy | 05/25/16 | K | | |
| 60. | | | | | Sold | 12/19/16 | K | A | |
| 61. -Harding Loevner Emerg Mrkts Port Adv | A | Dividend | K | T | Buy | 09/12/16 | K | | |
| 62. | | | | | Sold (part) | 11/10/16 | J | A | |
| 63. -TCW Core Fixed Income Class N | A | Dividend | K | T | Buy | 11/10/16 | K | | |
| 64. -Ishares Core U.S. Aggregate Bond | A | Dividend | K | T | Buy | 12/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Somers, Dale L. | 05/04/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A. Item #1 BJD Somers Family LLC - I am a member. I am not an officer or board member and I have no managerial responsibilities.

B. Items listed in #6 through #36 are all assets of Fidelity Management Trust Company IRA account identified in #5 above.

C. Items listed in #38 through #44 are all assets of Fidelity Management Trust Company IRA account identified in #37 above.

D. Items listed in #46 through #64 are all assets of Fidelity Management Trust Company non-IRA account identified in #45 above.

E. Item #48 Fidelity Government Cash Reserves was corrected from the name Fidelity Municipal Money Market

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dale L. Somers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544